# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ADL INSULFLEX, INC.**

               V.               **CASE NUMBER: 1:03-CV-1489(FJS/RFT)**

**ST SILICONES, INC.**

| | |
|---|---|
| **[ ]** | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **[XX]** | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF dismissing this action for failure to prosecute pursuant to the Order of the Hon. Frederick J. Scullin, Jr., filed on December 18, 2006.


DATED:     December 18, 2006

                                                        Clerk of Court

LKB:lmp